**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RUBEN GABRIEL PEREZ LOPEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al,

Respondents.

Case No.: 26-cv-3387-BJC-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

On June 4, 2026, Petitioner Ruben Gabriel Perez Lopez filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He asserts his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution. *Id.* Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition and order his immediate releases or, in the alternative, direct Respondents to schedule a bond hearing before an immigration judge. *Id.*

On June 30, 2026, the Court set a briefing schedule. ECF No. 3. On June 24, 2026, Respondents filed a Return to the Petition in which they stated that "Petitioner is subject to mandatory detention under § 1225(b)(2)" but "acknowledge[] that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or

similar facts." ECF No. 4 at 2. Respondents state they did not oppose the petition. *Id.* at 3.

Accordingly, the Court **GRANTS** the Petition for a Writ of Habeas Corpus. See *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th ---, 2026 WL 2196424 (9th Cir. July 30, 2026). Respondents shall provide Petitioner with an individualized bond hearing **no later than September 2, 2026**.

**IT IS SO ORDERED**.

Dated: August 19, 2026

Honorable Benjamin J. Cheeks
United States District Judge